UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PERRY VIDEX, LLC, a New Jersey limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CASHMERE INVESTMENTS, LLC, a Washington limited liability company,<br><br>　　　　　　Defendant. | No. CV-11-266-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER DISMISSING CASE WITH PREJUDICE, AND CLOSING FILE** |

　　　On December 20, 2012, the parties filed a stipulated dismissal. ECF No. 30. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED:**

　　　1.　The Stipulated Motion for Order Dismissing Case with Prejudice, **ECF No. 30**, is **GRANTED**.

　　　2.　All claims are **DISMISSED with prejudice**, and all parties are to bear their own costs and attorneys' fees.

　　　2　All deadlines are **STRICKEN**, and this file shall be **CLOSED**.

　　　**IT IS SO ORDERED.**　The Clerk's Office is directed to enter this Order and furnish copies to counsel.

　　　**DATED** this  2nd  day of January 2013.

　　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　Senior United States District Judge

Q:\EFS\Civil\2011\0266.settle.close.file.lc.frm

ORDER - 1